ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 1 1 2024

KEVIN P. WEIMER, Clerk
By:
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Indictment |
| BENJAMIN WRIGHT | No. **1:24CR193** |

THE GRAND JURY CHARGES THAT:

### Count One
### (Felon in Possession of a Firearm – 18 U.S.C. § 922(g)(1))

On or about July 25, 2023, in the Northern District of Georgia, the defendant, BENJAMIN WRIGHT, knowing that he had previously been convicted of at least one of the following felony offenses:

1. Entering an Automobile with the Intent to Commit Theft, on November 20, 2014, in the Superior Court of Gwinnett County, Georgia;

2. Aggravated Assault, on or about March 11, 2016, in the Superior Court of Gwinnett County, Georgia;

3. Aggravated Assault, on or about March 11, 2016, in the Superior Court of Gwinnett County, Georgia;

4. Violation of Georgia Controlled Substance Act - Possession of Marijuana With Intent to Distribute, on March 11, 2016, in the Superior Court of Gwinnett County, Georgia; and,

5. Forgery in the Third Degree, on July 30, 2019, in the Superior Court of Cobb County, Georgia;

each of which was a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm; that is,

- a Smith & Wesson, model M&P 40 Pro, .40 caliber pistol,

said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1) .

**Count Two**
**(Possession of Body Armor by Violent Felon -18 U.S.C. § 931(a)(2))**

On or about July 25, 2023, in the Northern District of Georgia, the defendant, BENJAMIN WRIGHT, knowing that he had previously been convicted of at least one of the following felony offenses:

1. Aggravated Assault, on or about March 11, 2016, in the Superior Court of Gwinnett County, Georgia; and

2. Aggravated Assault, on or about March 11, 2016, in the Superior Court of Gwinnett County, Georgia;

each of which was a crime of violence punishable by imprisonment for a term exceeding one year, did knowingly possess body armor, the possession of which was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 931(a)(2) and 924(a)(7).

### Forfeiture Provision

Upon conviction of one or more of the offenses alleged in this Indictment, the defendant, BENJAMIN WRIGHT, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the commission of the offenses.

If any of the property subject to forfeiture, as a result of any act or omission of a defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of the defendant up to the value of the forfeitable property.

A _____True_____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
 *United States Attorney*

*Stephanie Gabay-Smith*

STEPHANIE GABAY-SMITH
 *Assistant United States Attorney*
Georgia Bar No. 663519
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4